UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00061(1)-ADA |
| | § | |
| (1) TROY ANTHONY MARION JR. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  March 1, 2024 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) TROY ANTHONY MARION JR., which alleged

that Marion violated a condition of his supervised release and recommended that

Marion 's supervised release be revoked (Clerk's  Document No. 43).  A warrant issued

and Marion was arrested.  On March 15, 2024, Marion appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Marion appeared before the magistrate judge on March 28, 2024, waived his right

to a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate judge.

 Following the hearing, the magistrate judge signed his report and recommendation on

March 28, 2024, which provides that having carefully considered all of the arguments

and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Marion, the magistrate judge recommends that this court continue Marion supervised release and that he be remanded to the custody of the U.S. Marshals as a special condition of that supervised release for a period of time served. The Court should reimpose the original conditions of supervised release.   The magistrate judge recommends the additional following special conditions: That the defendant will report within 24 Hours of the date of hte Adoption from Judge Albright. (Clerk's Document  No. 51).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 28, 2024, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

54). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 51 )  is hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) TROY ANTHONY MARION JR.'s term of supervised  release is hereby CONTINUED and that he shall be remanded to the custody of the U.S. Marshals as a special condition of that supervised release for a period of time served.  In addition, defendant Marion shall comply with the following special conditions: That the defendant will report within 24 Hours of the date of the Adoption from Judge Albright.

**IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are reimposed.

Signed this 1st day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE